Civil Action No.   **2:23CV00733-CMR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Kumar Shiralagi**
was recieved by me on **10/21/2023**:

[X]  I personally served the summons on the individual at **19800 Harrier Flight Trail, Pflugerville, TX 78660** on **10/23/2023 at 8:54 AM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  10/23/2023

*Server's signature*

**Vennessa Pitre**
*Printed name and title*

**1601 S 2nd St.
Killeen, TX 76541**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Kumar Shiralagi with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired Middle Eastern male contact 55-65 years of age, 5'10"-6'0" tall and weighing 160-180 lbs with a beard and a mustache.**



Tracking #: **0116580468**



<u>Certificate of Service</u>

I certify that Plaintiff Allan Miller:

1. has registered for Email Filing and Electronic Notification pursuant to DUCivR 5-1(b)(1)(A);

2. has verified that the above document meets the requirements outlined in DUCivR 5-1(b)(1)(A);

3. has filed this document electronically through email to utdecf_clerk@utd.uscourts.gov; and

4. has served all non-ECF parties by an acceptable means pursuant to DUCivR 5-1(b)(1)(A)(ii)(g).

Accordingly, the document will be served upon all ECF parties through the Court's ECF system.


Date: ____October 26, 2023_____    Signature: _____/s/ Allan A. Miller_____

                                            Printed name: _____Allan A. Miller_____