AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. **2:23-CV-00733-CMR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **HFN, Inc.**
was recieved by me on **10/19/2023:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **c/o A Registered Agent, Inc.**, who is designated by law to accept service of process on behalf of **HFN, Inc.** at **8 The Green Ste A, Dover, DE 19901** on **10/20/2023 at 9:50 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 145.00** for services, for a total of **$ 145.00**.

I declare under penalty of perjury that this information is true.

Date: 10/20/2023

*Server's signature*

**Rhianna Cromartie**
*Printed name and title*

**13198 Coastal Hwy
Milton, DE 19969**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to c/o A Registered Agent, Inc. with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with an accent.**




Tracking #: **0116469819**

Certificate of Service

I certify that Plaintiff Allan Miller:

1. has registered for Email Filing and Electronic Notification pursuant to DUCivR 5-1(b)(1)(A);
2. has verified that the above document meets the requirements outlined in DUCivR 5-1(b)(1)(A);
3. has filed this document electronically through email to utdecf_clerk@utd.uscourts.gov; and
4. has served all non-ECF parties by an acceptable means pursuant to DUCivR 5-1(b)(1)(A)(ii)(g).

Accordingly, the document will be served upon all ECF parties through the Court's ECF system.

Date: ____October 22, 2023_____ Signature: _____/s/ Allan A. Miller_____

Printed name: _____Allan A. Miller_____