Anthony C. Kaye (Utah Bar No. 8611)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
875 Third Avenue
New York, NY 10022
Telephone:  (212) 704-6128
Email:  Tony.Kaye@troutman.com

Nathan R. Marigoni (Utah Bar No. 14885)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Telephone:  (470) 832-5575
Email:  Nathan.Marigoni@troutman.com

*Attorneys for Defendants HFN, Inc. and Kumar Shiralagi*

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLAN MILLER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>　　　　　　　　　　　Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:23-CV-00733-CMR<br><br>Magistrate Judge Cecilia M. Romero |

　　　Notice is hereby given of the entry of the undersigned as counsel for Defendants HFN, Inc. and Kumar Shiralagi in the above-entitled action. This appearance is without waiver of objections to jurisdiction or service pursuant to Fed. R. Civ. P. 12. Pursuant to Fed. R. Civ. P. 5,

163350926v1

all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

>Anthony C. Kaye (Utah Bar No. 8611)
>**TROUTMAN PEPPER HAMILTON SANDERS LLP**
>875 Third Avenue
>New York, NY 10022
>Telephone: (212) 704-6128
>Email: Tony.Kaye@troutman.com
>
>Nathan R. Marigoni (Utah Bar No. 14885)
>**TROUTMAN PEPPER HAMILTON SANDERS LLP**
>600 Peachtree Street NE, Suite 3000
>Atlanta, GA 30308
>Telephone: (470) 832-5575
>Email: Nathan.Marigoni@troutman.com

Dated: December 8, 2023

**TROUTMAN PEPPER
HAMILTON SANDERS LLP**

By: /s/ *Nathan R. Marigoni*
Anthony C. Kaye
Nathan R. Marigoni
**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*Attorneys for Defendants HFN, Inc. and Kumar Shiralagi*