Anthony C. Kaye (Utah SBN 8611)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6128
Email: Tony.Kaye@troutman.com

Nathan R. Marigoni (Utah SBN 14885)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Telephone: (470) 832-5575
Email: Nathan.Marigoni@troutman.com

Matthew H. Ladner (*pro hac vice forthcoming*)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9816
E-mail: Matthew.Ladner@troutman.com

William M. Taylor (*pro hac vice forthcoming*)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
125 High St., 19th Floor
Boston, MA 02110
Telephone: (617) 204-5186
Email: William.Taylor@troutman.com

*Attorneys for Defendant*
HFN, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLAN MILLER,<br><br>                      Plaintiff,<br><br>  vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>                      Defendants. | **DEFENDANT HFN, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS, AND CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 2:23-cv-00733-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies as follows:

1. Defendant HFN, Inc. ("**HFN**") is not owned by any parent corporation and no publicly held corporation owns 10 percent or more of its stock.

2. As of this date, there is no conflict involving this Court to report.

3. The following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- HFN IT Services Pvt Ltd. This entity – which is incorporated in Bangalore, India – is a wholly-owned subsidiary of HFN.

This Certification and Corporate Disclosure Statement is filed without prejudice to, and in express reservation of, the arguments made in HFN's concurrently filed Motion to Dismiss.

Dated: December 8, 2023  TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Nathan R. Marigoni
Anthony C. Kaye (Utah SBN 8611)
Nathan R. Marigoni (Utah SBN 14885)
Matthew H. Ladner (*pro hac vice forthcoming*)
William M. Taylor (*pro hac vice forthcoming*)
Attorneys for Defendants HFN, INC. and KUMAR SHIRALAGI