# EXHIBIT 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN MILLER,<br><br>   Plaintiff,<br><br> v.<br><br>HFN, INC., et al.,<br><br>   Defendant. | 23-cv-00533-VC<br><br>**JUDGMENT** |

  The Court, having dismissed this case without leave to amend, now enters judgment in favor of the defendants and against the plaintiff. *See* Dkt. No. 58. The Clerk of Court is directed to close the case.

  **IT IS SO ORDERED.**

Dated: August 16, 2023

_____
VINCE CHHABRIA
United States District Judge