# EXHIBIT 9

Allan Miller
3385 Claudia Drive
Concord, CA  94519
650-468-7387
(no fax number)
allan.miller@alumni.stanford.edu
Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLAN MILLER<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.,<br>KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company,<br>SRIDHAR SANTHANAM,<br>KUMAR SHIRALAGI, PAVAN VAISH, and VANI KOLA<br><br>Defendants. | Case Number: 23-CV-0533-VC<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given that Allan Miller, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on August 16, 2023 (Dkt. No. 59). Plaintiff further appeals from any and all intervening orders, decisions, rulings, or administrative actions that gave rise to such final judgment and any subsequent orders, decisions, rulings, or administrative actions to correct such final judgment, including without limitation:

1. Dkt. No. 58: Order granting Motion to Dismiss for Lack of Jurisdiction filed by HFN, Inc. (Dkt. No. 33), Order granting Motion to Dismiss for Lack of Jurisdiction filed by Kumar Shiralagi (Dkt. No. 34), Order denying Motion Allowing Service of Summons and Amended Complaint (Dkt. No. 36), and Order denying Motion for Discovery limited to Jurisdiction (Dkt. No. 48).

2. Dkt. No. 29: Order granting Motion to Dismiss for Lack of Jurisdiction filed by HFN, Inc. (Dkt. No. 11).

3. Several procedural errors made by the Court during the case.

4. Several prejudicial actions taken against the Plaintiff during the case.

This Notice is filed on behalf of solely the Plaintiff, and not the Plaintiff's spouse or minor children.

The filing fee of $5.00 (pursuant to 28 U.S.C. § 1917) and the appellate docketing fee of $500.00 (pursuant to 28 U.S.C. § 1913 and Rule 39(e)(4) of the Federal Rules of Appellate Procedure) are paid concurrently with the filing of this Notice using the Pay.gov system through ECF.

Date: _____August 24, 2023_____        Signature: _____/s/ Allan A. Miller_____

                                       Printed name: _____Allan A. Miller_____