FILED
2024 JAN 3
CLERK
U.S. DISTRICT COURT

Allan Miller
3385 Claudia Drive
Concord, CA  94519
650-468-7387
allan.miller@alumni.stanford.edu
Pro Se Plaintiff

# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLAN MILLER<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.,<br>KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company,<br>SRIDHAR SANTHANAM,<br>KUMAR SHIRALAGI, PAVAN VAISH, and VANI KOLA<br><br>　　　　　Defendants. | **STIPULATED MOTION BY PLAINTIFF ALLAN MILLER AND DEFENDANTS HFN, INC. AND KUMAR SHIRALAGI TO MODIFY BRIEFING SCHEDULE AND HEARING DATE RELATED TO HFN'S AND SHIRALAGI'S MOTIONS TO DISMISS**<br><br>[Filed concurrently with Proposed Order]<br><br>Case Number: 2:23-cv-00733-CMR<br><br>Magistrate Judge Cecilia M. Romero |

## STIPULATION

1. Plaintiff Allan Miller ("Miller"), and Defendants HFN, Inc. ("HFN") and Kumar Shiralagi ("Shiralagi"), through their undersigned counsel of record, hereby submit the following Joint Stipulation and [Proposed] Order for the Court's consideration and approval:

2. **WHEREAS**, on December 8, 2023, HFN and Shiralagi each filed a Notice of Motion and Motion to Dismiss Miller's Complaint for Failure to State a Claim (the "Motions to Dismiss") (Dkt. Nos. 15 and 16);

3. **WHEREAS**, Miller's deadline to file an opposition to the Motions to Dismiss ("Opposition") is currently January 5, 2024;

4. **WHEREAS**, HFN's and Shiralagi's deadline to file replies in support of the Motions to Dismiss ("Reply") is currently January 19, 2024;

5. **WHEREAS**, on January 2, 2024, Miller requested that HFN and Shiralagi agree to extend his deadline to file an Opposition to the Motions to Dismiss to February 2, 2024;

6. **WHEREAS**, HFN and Shiralagi are willing to grant Miller his requested extension to February 2, 2024, provided that they receive a corresponding extension of their deadline to file their respective Reply briefs to February 23, 2024;

7. **WHEREAS**, the Parties agree that, in order to accommodate Miller's request for an extension, good cause exists for modifying the current briefing schedule for the Motions to Dismiss, as follows:

   a. Miller's new deadline to file an Opposition to the Motion to Dismiss shall be February 2, 2024; and

   b. HFN's and Shiralagi's new deadline to file their respective Replies in support of the Motions to Dismiss shall be February 23, 2024.

8. **WHEREAS**, the Parties agree that, by filing this Stipulation, HFN and Shiralagi do not waive any arguments or positions set forth in the Motions to Dismiss.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT TO THE APPROVAL OF THE COURT, THAT:**

a.  Miller's deadline to file an Opposition to the Motions to Dismiss shall be February 2, 2024.

b.  HFN's and Shiralagi's deadline to file their respective Replies in support of the Motions to Dismiss shall be February 23, 2024.

c.  The hearing on the Motions to Dismiss, if any, will be set by the Court in accordance with the new briefing scheduled agreed to in this Stipulation.

**IT IS SO STIPULATED.**

Date:  January 3, 2024            By:  /s/ Allan A. Miller
                                       Allan Miller
                                       Plaintiff (Pro se)

Date:  January 3, 2024            **TROUTMAN PEPPER HAMILTON SANDERS LLP**

                                  By: /s/ Nathan R. Marigoni
                                       (*signed by filer with permission of Nathan R. Marigoni*)
                                       Attorneys for Defendants HFN, Inc. and Kumar Shiralagi

Certificate of Service

I certify that Plaintiff Allan Miller:

1. has registered for Email Filing and Electronic Notification pursuant to DUCivR 5-1(b)(1)(A);

2. has verified that the above document meets the requirements outlined in DUCivR 5-1(b)(1)(A);

3. has filed this document electronically through email to utdecf_clerk@utd.uscourts.gov; and

4. has served all non-ECF parties by an acceptable means pursuant to DUCivR 5-1(b)(1)(A)(ii)(g).

Accordingly, the document will be served upon all ECF parties through the Court's ECF system.


Date: ____January 3, 2024_____     Signature: _____/s/ Allan A. Miller_____

                                                                                                      Printed name: _____Allan A. Miller_____