# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLAN MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>HFN, INC., a Delaware Corporation, d/b/a NANOHEAL BY HFN INC., KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company, SRIDHAR SANTHANAM, KUMAR SHIRALAGI, PAVAN VAISH, and VANI KOLA,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION BY PLAINTIFF ALLAN MILLER AND DEFENDANTS HFN, INC. AND KUMAR SHIRALAGI TO MODIFY BRIEFING SCHEDULE AND HEARING DATE RELATED TO HFN'S AND SHIRALAGI'S MOTIONS TO DISMISS**<br><br>Case No. 2:23-CV-00733-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Before the Court is a Stipulated Motion by Plaintiff Allan Miller ("Plaintiff") and Defendants HFN, Inc. and Kumar Shiralagi ("Defendants") to Modify Briefing Schedule and Hearing Date Related to Defendants' pending Motions to Dismiss (the "Stipulated Motion").

The parties have stipulated to extend Plaintiff's deadline to file an Opposition to Defendants' Motions to Dismiss to February 2, 2024, and to extend Defendants' deadline to file their respective Replies to February 23, 2024.

Having considered the Stipulated Motion and for good cause appearing, the Court GRANTS the Stipulated Motion and ORDERS as follows:

- Plaintiff's deadline to file an Opposition to the Motions to Dismiss shall be February 2, 2024;

- Defendants' deadline to file their respective Replies in support of the Motions to Dismiss shall be February 23, 2024; and

- The hearing on the Motions to Dismiss, if any, will be set by the Court in accordance with the new briefing scheduled agreed to in this Stipulation.

SO ORDERED this _____ day of January, 2024

BY THE COURT:

_____
Cecilia M. Romero
United States Magistrate Judge

Certificate of Service

I certify that Plaintiff Allan Miller:

1. has registered for Email Filing and Electronic Notification pursuant to DUCivR 5-1(b)(1)(A);

2. has verified that the above document meets the requirements outlined in DUCivR 5-1(b)(1)(A);

3. has filed this document electronically through email to utdecf_clerk@utd.uscourts.gov; and

4. has served all non-ECF parties by an acceptable means pursuant to DUCivR 5-1(b)(1)(A)(ii)(g).

Accordingly, the document will be served upon all ECF parties through the Court's ECF system.


Date: ____January 3, 2024_____    Signature: _____/s/ Allan A. Miller_____

Printed name: _____Allan A. Miller_____