IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLAN MILLER,<br><br>        Plaintiff,<br><br>v.<br><br>HFN, INC., a Delaware Corporation, d/b/a NANOHEAL BY HFN INC., KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company, SRIDHAR SANTHANAM, KUMAR SHIRALAGI, PAVAN VAISH, and VANI KOLA,<br><br>        Defendants. | ORDER GRANTING [20] STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE<br><br>Case No. 2:23-CV-00733-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion to Modify Briefing Schedule (Motion) (ECF 20) related to Defendants' pending Motions to Dismiss (ECF 15, 16), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that as follows:

- Plaintiff's deadline to file an Opposition to the Motions to Dismiss shall be February 2, 2024; and

- Defendants' deadline to file their respective Replies in support of the Motions to Dismiss shall be February 23, 2024.

DATED this 5 January 2024.

                                                        Magistrate Judge Cecilia M. Romero
                                                        United States District Court for the District of Utah