# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Gary P. Serdar, Court Official<br>US District Court for the District of Utah<br>351 South West Temple, Rm. 1.100<br>Salt Lake City, Utah 84101, USA<br>E: utdecf_clerk@utd.uscourts.gov<br>Tel.: +1-801-524-6100 | Central Authority<br>The Ministry of Law and Justice<br>Department of Legal Affairs<br>Room No. 439-A, 4th Floor A-Wing, Shastri Bhavan<br>New Delhi, 110 001 India |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address) / (identité et adresse)**

VANI KOLA
Kalaari Capital Advisors Pvt Ltd
Ground Floor, Unit-2 Navigator Building ITPB
Whitefield Road
Bengaluru, Karnataka 560066
India

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\***<br>le cas échéant, par remise simple (article 5, alinéa 2)\* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

**List of documents / Énumération des pièces**

Hague Service Convention Warning; Summary of the Document to Be Served; Summons; Amended Complaint with Exhibits 1-6; Civil Cover Sheet; Consent to Jurisdiction of a Magistrate Judge

\* if appropriate / s'il y a lieu

| Done at / Fait à<br>Salt Lake City, Utah<br>USA<br>The / le  17 January 2024 | Signature and/or stamp<br>Signature et / ou cachet<br><br>GARY P. SERDAR |
|---|---|

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
   que la demande a été exécutée*

| — | **the (date)** / le (date): | |
|---|---|---|
| — | **at (place, street, number):** à (localité, rue, numéro) : | |

| — | **in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | |
|---|---|---|
| ☐ | a) **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*** selon les formes légales (article 5, alinéa premier, lettre a))* | |
| ☐ | b) **in accordance with the following particular method*:** selon la forme particulière suivante* : | |
| ☐ | c) **by delivery to the addressee, if he accepts it voluntarily*** par remise simple* | |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts*:**
   que la demande n'a pas été exécutée, en raison des faits suivants*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

***Annexes** / Annexes*

| **Documents returned:** Pièces renvoyées : | |
|---|---|
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| **Done at** / Fait à<br><br>**The** / le | **Signature and/or stamp** Signature et / ou cachet |
|---|---|

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Gary P. Serdar, Court Official<br>US District Court for the District of Utah<br>351 South West Temple, Rm. 1.100<br>Salt Lake City, Utah 84101, USA<br>E: utdecf_clerk@utd.uscourts.gov<br>Tel.: +1-801-524-6100 | Central Authority<br>The Ministry of Law and Justice<br>Department of Legal Affairs<br>Room No. 439-A, 4th Floor A-Wing, Shastri Bhavan<br>New Delhi, 110 001 India |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address) / (identité et adresse)**

    VANI KOLA
    Kalaari Capital Advisors Pvt Ltd
    Ground Floor, Unit-2 Navigator Building ITPB
    Whitefield Road
    Bengaluru, Karnataka 560066
    India

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\***<br>le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

**List of documents / Énumération des pièces**

Hague Service Convention Warning; Summary of the Document to Be Served; Summons; Amended Complaint with Exhibits 1-6; Civil Cover Sheet; Consent to Jurisdiction of a Magistrate Judge

\* if appropriate / s'il y a lieu

| Done at / Fait à<br>Salt Lake City, Utah<br>USA<br>The / le  17 January 2024 | Signature and/or stamp<br>Signature et / ou cachet<br><br>GARY P. SERDAR |
|---|---|

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| — | **the (date)** / le (date): | |
|---|---|---|
| — | **at (place, street, number):** à (localité, rue, numéro) : | |

| — | **in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | |
|---|---|---|
| ☐ | a) **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*** selon les formes légales (article 5, alinéa premier, lettre a))* | |
| ☐ | b) **in accordance with the following particular method*:** selon la forme particulière suivante* : | |
| ☐ | c) **by delivery to the addressee, if he accepts it voluntarily*** par remise simple* | |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants* :

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes* / Annexes

| **Documents returned:** Pièces renvoyées : | |
|---|---|
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| **Done at** / Fait à<br><br>**The** / le | **Signature and/or stamp** Signature et / ou cachet |
|---|---|