

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**APPLICATION FOR PRO HAC VICE ADMISSION**

## CONTACT INFORMATION

Local Counsel:       Nathan R. Marigoni
Firm:                Troutman Pepper Hamilton Sanders LLP
Address:             c/o 600 Peachtree Street, N.E.
                     Suite 3000
                     Atlanta, GA 30308
Telephone:           404.885.3000
Email:               nathan.marigoni@troutman.com


Pro Hac Vice Applicant:   William Taylor
Firm:                     Troutman Pepper Hamilton Sanders LLP
Address:                  125 High Street, 19th Fl., Boston, MA 02110


Telephone:                617-204-5186
Email:                    William.taylor@troutman.com


An applicant who intends to become a        ☐ Admission by Bar Examination
member of the Utah State Bar, please         ☐ Admission by UBE Transfer
identify the type of admission you seek:     ☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Massachusetts | 624981 | 10/11/2012 |
| Pennsylvania | 203053 | 11/2/2006 |
| New Jersey | 024302006 | 1/4/2007 |
| United States District Court for the District of Massachusetts | 624981 | 8/20/2013 |
| United States District Court for the Eastern District of Pennsylvania | 203053 | 12/19/2006 |
| United States District Court for the District of New Jersey | 024302006 | 4/3/2013 |

1

166946855v1

| United States Court of Appeals for the First Circuit | 1059529 | 2/15/2018 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?        ☐ Yes        ☒ No

If yes, please explain:

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| None. | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

None.

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |

166946855v1

| I certify that the foregoing is true and correct and is subject to the penalty of perjury. |
|---|

☒ Yes          ☐ No

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_William Taylor_____          January 25, 2024_____
Signature                                        Date