THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ALLAN MILLER,<br><br>               Plaintiff,<br><br>v.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>               Defendant. | **ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION**<br><br>CASE NO: 2:23-cv-00733-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of William Taylor. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.

DATED this _____ day of _____, 20_____.

BY THE COURT:

_____
Cecilia M. Romero
United States Magistrate Judge