THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLAN MILLER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>　　　　　　　Defendant. | **ORDER GRANTING PRO HAC VICE ADMISSION**<br><br>CASE NO: 2:23-cv-00733-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of William Taylor (Motion) (ECF 24). Based on the Motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

DATED this 29 January 2024.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah