Nathan R. Marigoni (Utah SBN 14885)
**Troutman Pepper Hamilton Sanders LLP**
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Telephone: (470) 832-5575
Email: Nathan.Marigoni@troutman.com
*Attorneys for Defendants*
*HFN, Inc. and Kumar Shiralagi*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ALLAN MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>    Defendants. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:23-cv-00733-CMR<br><br>Magistrate Judge Cecilia M. Romero |

I move for the pro hac vice admission of Matthew H. Ladner (Applicant) as counsel for Defendants HFN, Inc. and Kumar Shiralagi, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED: February 5, 2024

/s/ Nathan R. Marigoni

168095948v1