

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Nathan R. Marigoni |
| Firm: | Troutman Pepper Hamilton Sanders LLP |
| Address: | c/o 600 Peachtree Street, N.E. |
| | Suite 3000 |
| | Atlanta, GA 30308 |
| Telephone: | 404.885.3000 |
| Email: | nathan.marigoni@troutman.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Matthew H. Ladner |
| Firm: | Troutman Pepper Hamilton Sanders LLP |
| Address: | 350 South Grand Avenue, Suite 340 |
| | Los Angeles, CA 90071 |
| Telephone: | (213) 928-9800 |
| Email: | matthew.ladner@troutman.com |

An applicant who intends to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| California | 284594 | 11/26/2012 |
| United States District Court for the Central District of California | | 2/6/2013 |
| United States District Court for the Northern District of California | | 4/12/2013 |
| United States District Court for the Southern District of California | | 4/16/2013 |
| United States District Court for the Eastern District of California | | 4/22/2013 |

168095872v1

| | | |
|---|---|---|
| Have you ever been the subject of disciplinary action by an by or court to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

| |
|---|
| |

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| None. | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| |
|---|
| None. |

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____     _2/5/2024_____
Signature                                              Date

168095872v1