# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALAN MILLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HFN, et al,<br><br>　　　　Defendants. | ORDER GRANTING [28] MOTION FOR PRO HAC VICE ADMISSION<br><br>Case No. 2:23-cv-00733-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

　　　　Before the court is Local Counsel's Motion for Pro Hac Vice (Motion) (ECF 28) Admission of Matthew H. Ladner for Defendants HFN, Inc. and Kumar Shiralagi, and Consent of Local Counsel. Based on the Motion, and for good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED.

　　　　DATED this 7 February 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Cecilia M. Romero*
　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Cecilia M. Romero
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court for the District of Utah