RECEIVED CLERK  2:23 CV 733-CMR

FEB 28 2024

U.S. DISTRICT COURT

| FORM- A /REQUEST |
|---|

R. No. 577554

F.No. J-21011(49)/2024– Judl.

**GOVERNMENT OF INDIA**
**MINISTRY OF LAW & JUSTICE**
**DEPARTMENT OF LEGAL AFFAIRS**
(Judicial Section)
\*\*\*\*\*\*\*\*\*\*

☎: 011-23384945
✉: judicial-dla@gov.in

**To,**
**The District Judge,**
☐Kolkata  ☐Chennai  ☑**Bengaluru**

**Through The Incharge, Branch Secretariat,**
☐Kolkata  ☐Chennai  ☑**Bengaluru**

Room No. 439- A,
Shastri Bhawan, New Delhi
Feb, 2024

Sub.: <u>Request for legal assistance in Service of summon/notice/documents in Civil and Commercial Matters</u>

This Department has received a request from <u>USA</u> for legal assistance under the <u>Hague Convention of 15th November, 1965</u>/MLAT/Reciprocal arrangements with foreign countries on the service abroad of judicial and extrajudicial documents in civil or commercial matters on the following party residing at the given address:-

VANI KOLA, Kalaari Capital Advisors Pvt Ltd, Ground Floor, Unit-2, Navigator Building ITPB, Whitefield Road, Bengaluru, Karnataka 560066, India

2.   Two sets of Request and documents are included. The Court addressed above is requested to serve one set of the Request and the documents on the aforesaid party(s) and to send a report on the proof of service (along with the second set) to this Section (address: Judicial Section, Department of Legal Affairs, Ministry of Law & Justice, Room No. 439-'A', 4th Floor, 'A'-Wing, Shastri Bhawan, New Delhi- 110001) at the earliest so that the same could be transmitted to the foreign authority concerned. The set of documents to be served have been marked as *"SERVICE COPY"*, while the set for return has been marked as *"COPY (TO BE RETURNED)"*. The Service report in this regard may either be produced on a separate paper or be appended on the second set of documents and the same may please be returned to this Section. SINCE THE MATTER REQUIRES CORRESPONDENCE WITH FOREIGN AUTHORITIES, IT IS EARNESTLY REQUESTED THAT THE REPORT ON THE PROOF OF SERVICE BE IN ENGLISH. FURTHER, IN CASE THE BAILIFF/PROCESS SERVER'S REPORT IS IN THE REGIONAL LANGUAGE, IT IS REQUESTED THAT AN ENGLISH TRANSLATION OF THE REPORT BE ATTACHED THERETO.

3.   Also, since the matter might require time-bound disposal, it is requested that in case the address of the respondent does not come within your jurisdiction, the documents need not be returned to this Department but may please be routed to the Court concerned under intimation to this Department. In case the respondent could not be served, the entire set of attached documents may please be returned to this Section along with an explanatory report.

Enclosed: As above

DLA(Judl.)

SO(Judl.)

| **Copy for information (without enclosures) to:** |
|---|
| Gary P. Serder, Court Official |
| US District Court for the District of Utah, 351, South West Temple, Rm. No. 1.100, Salt Lake City, Utah |