R No 5717470
F. No. J-21011(48)/24..Judl.

भारत सरकार/सेवार्थ
**ON INDIA GOVERNMENT SERVICE**

**SPEED POS**[T]


RIGHT TO INFORMATION

(3)



Sender:
Ministry of Law & Justice
Department of Legal Affairs
Receipt and Issue Section
Shastri Bhawan, New Delhi-110 001

102