(3)



**RIGHT TO INFORMATION**

R. No 5717470

F. No. J-21011(48)/24...Judl.

भारत सरकार सेवार्थ
**ON INDIA GOVERNMENT SERVICE**

**SPEED POS**

Sender :
Ministry of Law & Justice
Department of Legal Affairs
Receipt and Issue Section
Shastri Bhawan, New Delhi-110 001



102



SPEED POST
ED557988259IN