

**RIGHT TO INFORMATION**

R.No 577551

F. No. J-21011/(417)/24...Judl.

भारत सरकार/सेवार्थ
**ON INDIA GOVERNMENT SERVICE**

**SPEED POST**



EMS SPEED POST
ED557988660IN

**Sender:**
**Ministry of Law & Justice**
**Department of Legal Affairs**
**Receipt and Issue Section**
**Shastri Bhawan, New Delhi-110 001**