R. No. 577469

RIGHT TO
INFORMATION

F. No. J-21011(50)/24....Judl.

**SPEED POST**

भारत सरकार सेवार्थ

**ON INDIA GOVERNMENT SERVICE**

2

EMS SPEED POST

ED557988395IN

**Sender :**
**Ministry of Law & Justice**
**Department of Legal Affairs**
**Receipt and Issue Section**
**Shastri Bhawan, New Delhi-110 001**