UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLAN MILLER,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>　　　　　　　　　Defendants. | **ORDER GRANTING DEFENDANTS KALAARI CAPITAL ADVISORS PRIVATE LIMITED, SRIDHAR SANTHANAM, PAVAN VAISH, AND VANI KOLA'S MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT UNTIL 21 DAYS AFTER COURT RULES ON PENDING MOTIONS TO DISMISS**<br><br>Case No. 2:23-cv-00733-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Before the Court is a motion by Defendants Kalaari Capital Advisors Private Limited, Sridhar Santhanam, Pavan Vaish, and Vani Kola to extend their time to respond to Plaintiff's First Amended Complaint until 21 days after the Court enters its Order(s) ruling on the pending motions to dismiss filed by Defendants HFN, Inc. and Kumar Shiralagi (Dkt. Nos. 15-16) (the "Motion").

Having considered the Motion, and for good cause appearing, the Court GRANTS the Motion and ORDERS as follows:

The deadline for Defendants Kalaari Capital Advisors Private Limited, Sridhar Santhanam, Pavan Vaish, and Vani Kola to respond to Plaintiff's First Amended Complaint is hereby extended until 21 days after the Court enter its Order(s) ruling on the pending motions to dismiss filed by Defendants HFN, Inc. and Kumar Shiralagi (Dkt. Nos. 15-16). This Order is without prejudice to any defenses that Defendants Kalaari Capital Advisors Private Limited, Sridhar Santhanam, Pavan Vaish, and Vani Kola do or may have with respect to the First Amended Complaint.

169887369v2

SO ORDERED this ___th day of March, 2024

BY THE COURT:

_____
Cecilia M. Romero
United States Magistrate Judge

169887369v2