THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| Allan Miller <br><br> Plaintiff, <br><br> v. <br><br> HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA <br><br> Defendants. | Civil Action No. 2:23-cv-00733-CMR |

### CONSENT TO THE JURISDICTION OF THE MAGISTRATE JUDGE

A magistrate judge may conduct all proceedings in this civil action, including a jury or nonjury trial and the entry of a final judgment, only if all parties voluntarily consent. The judgment may be appealed directly to the United States Court of Appeals for the Tenth Circuit like any other judgment of this court.

You may consent or you may decline to consent to the jurisdiction of the magistrate judge without any adverse consequences. The Clerk's Office will not communicate the name of any party declining to consent to any judge assigned to this case.

Please complete the following section to indicate your choice:

### PRELIMINARY STATEMENT AND RESERVATION OF RIGHTS

By submitting this consent to magistrate jurisdiction, Defendants Kalaari Capital Advisors Private Limited, Sridhar Santhanam, Pavan Vaish, and Vani Kola ("Defendants") consent to the exercise by the magistrate judge of whatever power and jurisdiction the district court possesses. Defendants do not waive, and expressly reserve, all objections to service, personal jurisdiction, and subject matter jurisdiction of this Court.

| Consent | Name of Party or Attorney (Print) | Signature | Date |
|---|---|---|---|
| ☒ Yes  ☐ No | Nathan Marigoni, Attorney for Kalaari Capital Advisors Private Limited | /s/ Nathan Marigoni | 04/08/2024 |
| ☒ Yes  ☐ No | Nathan Marigoni, Attorney for Sridhar Santhanam | /s/ Nathan Marigoni | 04/08/2024 |
| ☒ Yes  ☐ No | Nathan Marigoni, Attorney for Pavan Vaish | /s/ Nathan Marigoni | 04/08/2024 |

| ■ ☐ <br> Yes   No | Nathan Marigoni, <br> Attorney for Vani Kola | /s/ *Nathan Marigoni* | 04/08/2024 |
|---|---|---|---|

**After completing this form, do not electronically file it in the case.** Email this form in PDF format to consents@utd.uscourts.gov or mail it to the following address:

>Orrin G. Hatch United States Courthouse
>Attention: Consent Clerk
>351 S. West Temple Street
>Salt Lake City, Utah 84101

If all parties consent, then the clerk will file the form in the case. If the case is reassigned, the clerk will not file the form in the case.

170309534v1

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH

Allan Miller
_____
*Plaintiff*

v.

HFN, Inc. et al.
_____
*Defendant*

Civil Action No.  2:23-cv-00733-CMR

**CONSENT TO THE JURISDICTION OF THE MAGISTRATE JUDGE**

A magistrate judge may conduct all proceedings in this civil action, including a jury or nonjury trial and the entry of a final judgment only if all parties voluntarily consent. The judgment may be appealed directly to the United States Court of Appeals for the Tenth Circuit like any other judgment of this court.

You may consent or you may decline to consent to the jurisdiction of the magistrate judge without any adverse consequences. The Clerk's Office will not communicate the name of any party declining to consent to any judge assigned to this case.

Please complete the following section to indicate your choice:

| Consent | Name of Party and Attorney (Print) | Signature | Date |
|---|---|---|---|
| [X] Yes  [ ] No | Allan A. Miller, pro se plaintiff | /s/ Allan A. Miller | Oct. 31, 2023 |
| [ ] Yes  [ ] No | | | |
| [ ] Yes  [ ] No | | | |

**After completing this form, do not electronically file it in the case.** Email this form in PDF format to consents@utd.uscourts.gov or mail it to the following address:

U.S. District Court
Attention: Consent Clerk
351 S. West Temple Street
Salt Lake City, Utah 84101

If all parties consent, then the clerk will file the form in the case. If the case is reassigned, the clerk will not file the form in the case.