FORM – B / SERVICE REPORT



Receipt No.593556/577470
F. No. J-21011(48)2024-Judl.

**GOVERNMENT OF INDIA**
**MINISTRY OF LAW & JUSTICE**
**DEPARTMENT OF LEGAL AFFAIRS**
**[Judicial Section]**
**\*\*\*\*\*\*\*\*\*\*\***

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

APR 17 2024

GARY P. SERDAR
CLERK OF COURT
BY _____
DEPUTY CLERK

Room No. 439- A, 4th Floor,
A- Wing, Shastri Bhawan,
New Delhi - 110001

e-mail id: judicial-dla@gov.in

| | |
|---|---|
| PAVAN VAISH, M-1617B, The Magnolias, DLF Golf Links, DLF Phase 5, Gurgaon, Haryana 122002, India | |

The report from the concerned court has been received in the matter which states that the summon / notice / documents

| ☐ | ~~have been served appropriately~~ |
|---|---|
| ☑ | **have not been served (Bailiff report enclosed)** |

2.   Accordingly, the duly filled Certificate as specified in the Mandatory Form of the Hague Convention of 15th November, 1965 in Civil and Commercial matters is enclosed along with all the documents for information of the under mentioned foreign authority.

**DLA(Judl.)**

**Section Officer (Judl.)**

To,

Gary P. Serder, Court Official
US District Court for the District of Utah, 351, South West Temple, Rm. No. 1.100, Salt Lake City, Utah
Utah 84101,
USA

No. 2628 /J.2

From

    District and Sessions Judge,
    Gurugram(Haryana)

To

    The Section Officer (Judl.),
    Judicial Section, Department of Legal Affairs,
    Ministry of Law & Justice, Room No. 439-A,
    4th Floor, A-Wing, Shastri Bhawan,
    New Delhi - 110001

    Dated, Gurugram, the 04-03-2024

Sub:     Service of Notice to Pavan Vaish, M-1617B, The Magnolias, DLF Golf Links, DLF Ph-5, Gurugram. **Service Request from USA.**

    Kindly refer to your office letter No. F. J 21011(48)/2024 Judl., Receipt No. 577470 dated on the subject noted above.

    As intimated by Ld. Civil Judge (Senior Division), Gurugram vide letter no.1492 dated 01.03.2024 and is evident from the report of Process Server, summons upon Pavan Vaish, M-1617B, The Magnolias, DLF Golf Links, DLF Ph-5, Gurugram has been unserved, with report of refusal ( as Pavan has refuse to accept the notice). Howver, copy of notice has affixed on the given address. The requisite report received alongwith the letter under reference is enclosed herewith, as desired.

                                                District and Sessions Judge,
                                                Gurugram. 01.03.2024

593556

No. 1492    Dated 01/3/24

From

    Civil Judge (Sr. Division)

    Gurugram

To

    The Ld. District and Session Judge,

    Gurugram.

Subject:    Summon report of Civil Action No. 2:23CV 00733-CMR in the file of District Court of United States District of Utah.

R/Sir,

    Kindly refer to yours honours office letter no. 1826 dated 17.02.2024 on the subject noted above.

    I have honour to submit that herewith the summon in the above noted case after effecting the service. The report of the Process Server appended on the notice itself. This is for your kind information and necessary action please.

Thanking you.

                                                                       Yours faithfully

                                                                       D/Civil Judge (Sr. Division)

                                                                              Gurugram

| **FORM- A /REQUEST** |  | R. No. 577470 |
|---|---|---|
| | | F. No. J-21011(48)/2024– Judl. |

GOVERNMENT OF INDIA

MINISTRY OF LAW & JUSTICE ☎: 011-23384945

DEPARTMENT OF LEGAL AFFAIRS  ✉: judicial-dla@gov.in

(Judicial Section)

\*\*\*\*\*\*\*\*\*\*

To,  
The District Judge, District & Sessions Court  
GURGAON, HARYANA, India

Room No. 439- A,  
Shastri Bhawan, New Delhi  
27 of Feb, 2024

Receipt No...........  
Date................  
17-2-2024

Sub.: Request for legal assistance in Service of summon/notice/documents in Civil and Commercial Matters

This Department has received a request from USA with foreign countries on the service abroad of judicial and extrajudicial documents in civil or commercial matters on the following party(s) residing at the following address:-

PAVAN VAISH, M-1617B, The Magnolias, DLF Golf Links, DLF Phase 5, Gurgaon, Haryana 122002, India

2. Two sets of Request and documents for each of the three cases (2019-F-1459, 2019-F-1460 and 2019-F-1461) are enclosed herewith. The Court addressed above is requested to serve one set of the Request and the documents for each of the three cases on the aforesaid party(s) and to send a report on the proof of service (alongwith the second set of each of the three cases) to this Section (address: Judicial Section, Department of Legal Affairs, Ministry of Law & Justice, Room No. 439-'A', 4th Floor, 'A'-Wing, Shastri Bhawan, New Delhi-110001) at the earliest so that the same could be transmitted to the foreign authority concerned. The Service report in this regard may either be produced on a separate paper or be appended on the second set of documents and the same may please be returned to this Section. SINCE THE MATTER REQUIRES CORRESPONDENCE WITH FOREIGN AUTHORITIES, IT IS EARNESTLY REQUESTED THAT THE REPORT ON THE PROOF OF SERVICE BE IN ENGLISH. FURTHER, IN CASE THE BAILIFF/PROCESS SERVER'S REPORT IS IN THE REGIONAL LANGUAGE, IT IS REQUESTED THAT AN ENGLISH TRANSLATION OF THE REPORT BE ATTACHED THERETO.

3. Also, since the matter might require time bound disposal, it is requested that in case the address of the respondent(s) does not come within your jurisdiction, the documents need not be returned to this Department but may please be routed to the Court concerned under intimation to this Department. IN CASE THE NOTICE/SUMMONS COULD NOT BE SERVED ON THE RESPONDENT(S), THE ENTIRE SET OF ATTACHED DOCUMENTS MAY PLEASE BE RETURNED TO THIS SECTION ALONG WITH AN EXPLANATORY REPORT.

Enclosed: As above

No. 1826 Dy 17.2.2024  
Seen. Forwarded to the Civil Judge  
(Senior Division), Gurugram for information &  
u/action.

DLA (Judl.)                                           SO (judl.)

District and Sessions Judge  
Gurugram 17/2/24

Copy for information (without any documents) to:  
Gary P. Serder, Court Official  
US District Court for the District of Utah, 351, South West Temple, Rm. No. 1.100, Salt Lake City, Utah  
Utah 84101,  
USA

Tamil Nazir to Process immediately  
Civil Judge (Sr. Divn.)  
GURUGRAM  
19/2/24

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | | |
|---|---|---|
| ALLAN MILLER | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:23 CV 00733-CMR |
| HFN, INC. d/b/a NANOHEAL BY HFN, KALAARI CAPITAL ADVISORS PRIVATE LIMITED, SRIDHAR SANTHANAM, KUMAR SHIRALAGI, PAVAN VAISH, and VANI KOLA | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pavan Vaish
M-1617B, The Magnolias
DLF Golf Links, DLF Phase 5
Gurgaon, Haryana   122002
India

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Allan Miller
3385 Claudia Dr
Concord, CA   94519

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GARY P. SERDAR
CLERK OF COURT

Date: 10-16-2023

*Signature of Clerk or Deputy Clerk*

श्रीमान जी

दिनांक 22-2-24 को Pavan Vaish को करानांतिक्तलाभ हिण्डू [illegible] सिकमारीहारी सुरक्षादार Mehender से सरकारी ड्यूटी Nursery के अंदर 1617B के कार्य को अनुगमन में से उठाकर लेकर 1617B वाले उठ्ठी गई और अन्दर वाले को लिए मोकान्तरित Simran से बात की तो उन्होंने बताए कि आप कार्य से कर आप किसी कर्मचारी करना भी लाग कर किसी भी बात [illegible] ताहि के मोकान्त को कोई आराम सहमत को रोगी स्वयं की क्लिक एकत्र करना हिण्डू

[signature] 29.2.24

प्रकाश P.S. एलिंग्या ब्यान करता हूँ कि
उपरोक्त लिखि रिपोर्ट साहिब दुरुस्त [signature]
**Attest**

[signature]
29-2-24

श्रीमान जी
आज दिनांक 01-03-24 को मौके पर जाकर Pavan Vaish को M-1617B The Magnolias DLF Golf Links, DLF P-5 में तलाश व इरसाल किया तो वह मौके पर मौजूद मिला। उसने समन लेने से साफ इनकार कर दिया। और जुबानी कहा पर समन जन्म से आया है इसकी जानकारी वहीं पर भेज दो। मौके पर गन पर्त समन व दावा कॉपी Pavan Vaish के घर पर चरपाई किया गया। मौके पर गवाही किसी ने न की। रिपोर्ट सेवा में पेश है। [signature] Karan
01-03-24

मैं करन P.S. हल्फिया ब्यान करता हूँ कि
उपरोक्त लिखित रिपोर्ट सही व दुरुस्त है।
ATTESTED. [signature] Karan
C.N to C.J (SD) Gurugram
01-03-2024

## English Report of Summon

R/Sir,

        Today on 01.03.2024 by going at the spot in search of Pavan Vaish in M-1617B The Magnolias DLF Golf Links, DLF-5 who was found present there but refused to received the summons and orally stated that the summons be returned to the sendor. Thereafter a copy of summons is pasted upon the house of above-named Pavan Vaish. No testimony is recorded at the spot. The report is now available.

**Refusal/Affixation**

**Report submitted By Sh. Karan, Process Server.**



karan
today at 1...





Allan Miller v/s
HFN, INC., a...

To.
Pavan vaish

1 of 4

Karan·P.S
01-03-2024
+919560606343





karan
today at 1…

3 of 4

Allan Miller v/s
HFN, INC., a...

To,
pavan vaith

Karan P.S
01-03-2024
+91 9560606343



karan
today at 1…





4 of 4

Allan Miller v/s
HFN, INC., Q..-

To
Pavan Vaish

Karan P.S
01-03-24
+919560606343



karan
today at 1…



Allan Miller v/s
HFN, INC., a ...

To
Pavan vaish

2 of 4

Karan P.S
01-03-24
+91 9560606343

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires én matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Gary P. Serdar, Court Official<br>US District Court for the District of Utah<br>351 South West Temple, Rm. 1.100<br>Salt Lake City, Utah 84101, USA<br>E: utdecf_clerk@utd.uscourts.gov<br>Tel.: +1-801-524-6100 | Central Authority<br>The Ministry of Law and Justice<br>Department of Legal Affairs<br>Room No. 439-A, 4th Floor A-Wing, Shastri Bhavan<br>New Delhi, 110 001 India |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address) / (identité et adresse)**

PAVAN VAISH
M-1617B, The Magnolias
DLF Golf Links, DLF Phase 5
Gurgaon, Haryana 122002
India

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

**List of documents / Énumération des pièces**

Hague Service Convention Warning; Summary of the Document to Be Served; Summons; Amended Complaint with Exhibits 1-6; Civil Cover Sheet; Consent to Jurisdiction of a Magistrate Judge

* if appropriate / s'il y a lieu

| Done at / Fait à<br>Salt Lake City, Utah<br>USA<br>The / le  17 January 2024 | Signature and/or stamp<br>Signature et / ou cachet<br><br>**GARY P. SERDAR** |
|---|---|

D. Utah 2:23-cv-00733

[Stamp: विधि एवं न्याय मंत्रालय / प्राप्ति तथा प्रेषण अनुभाग / 2 4 / 577470 / अनु. क्र. सं.]

Generated by: **HAGUE ENVOY**

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. that the document has been served*
que la demande a été exécutée*

| – | the (date) / le (date): | |
|---|---|---|
| – | at (place, street, number):<br>à (localité, rue, numéro) : | |

| – | in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | |
|---|---|---|
| ☐ | a) | in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | in accordance with the following particular method*:<br>selon la forme particulière suivante* : |
| ☐ | c) | by delivery to the addressee, if he accepts it voluntarily*<br>par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | |
|---|---|
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ 2. that the document has not been served, by reason of the following facts*: The Reasons why the documents have not been served, has been
que la demande n'a pas été exécutée, en raison des faits suivants*:

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / *Annexes*

| Documents returned:<br>Pièces renvoyées : | |
|---|---|
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | [signature]<br>Central Authority<br>Ministry of Law & Justice<br>Govt. of India, New Delhi |

* if appropriate / s'il y a lieu

| Done at / Fait à<br><br>The / le | Signature and/or stamp<br>Signature et / ou cachet |
|---|---|

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee** / Identité et adresse du destinataire

PAVAN VAISH
M-1617B, The Magnolias
DLF Golf Links, DLF Phase 5
Gurgaon, Haryana 122002
India

## IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

> Pro Bono Initiative, S.J. Quinney College of Law
> 383 South University Street
> Salt Lake City, Utah 84112, USA
> Tel.: +1-801-581-5418

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Gary P. Serdar, Court Official<br>US District Court for the District of Utah<br>351 South West Temple, Rm. 1.100<br>Salt Lake City, Utah 84101, USA<br>E: utdecf_clerk@utd.uscourts.gov<br>Tel.: +1-801-524-6100 |
| **Particulars of the parties*:**<br>Identité des parties* : | Plaintiff: ALLAN MILLER<br>Defendants: HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC., KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company, SRIDHAR SANTHANAM, KUMAR SHIRALAGI, PAVAN VAISH, VANI KOLA |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT****
ACTE JUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | To inform the defendant of a claim against him and to demand his appearance at court. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | The plaintiff accuses the defendant of Conversion, Fraud, and Breach of fiduciary duty, and demands a jury trial seeking damages. |
| **Date and Place for entering appearance**:**<br>Date et lieu de la comparution** : | Within 21 days after service, the addressee must appear and file an answer in the United States District Court for the District of Utah, 351 South West Temple, Salt Lake City, Utah 84101. |
| **Court which has given judgment**:**<br>Juridiction qui a rendu la décision** : | No court has issued a judgment. |
| **Date of judgment**:**<br>Date de la décision** : | No court has issued a judgment. |
| **Time limits stated in the document**:**<br>Indication des délais figurant dans l'acte** : | 21 days |

\*\* if appropriate / s'il y a lieu

D. Utah 2:23-cv-00733                        Generated by:    **HAGUE ENVOY**