RIGHT TO INFORMATION



भारत सरकार सेवार्थ
ON INDIA GOVERNMENT SERVICE



To,
Gary P. Serder, Court official
US District Court for the District of Uta
South West
Temple, Rm. No. 1.100, Salt Lake City U.
Utah 84101
U.S.A.

EMS SPEED POST
ED566119327IN

102

Sender :
Ministry of Law & Justice
Department of Legal Affairs
Receipt and Issue Section
Shastri Bhawan, New Delhi-110 001

https://legalaffairs.gov.in