IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLAN MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>HFN, INC., a Delaware Corporation, d/b/a NANOHEAL BY HFN INC., KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company, SRIDHAR SANTHANAM, KUMAR SHIRALAGI, PAVAN VAISH, and VANI KOLA,<br><br>    Defendants. | **ORDER GRANTING [43] MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Case No. 2:23-CV-00733-CMR<br><br>Magistrate Judge Cecilia M. Romero |

    Before the court is Plaintiff Allan Miller's (Plaintiff) Motion for Extension of Time (Motion) (ECF 43) to respond to Defendants Kalaari Capital Advisors Private Limited, Sridhar Santhanam, Pavan Vaish, and Vani Kola's (Defendants) motion to extend time (ECF 37) to respond to the First Amended Complaint (ECF 13) to April 16, 2024. Defendants failed to file a response to the Motion, and the time for doing so has passed. *See* DUCivR 7-1(a)(4)(D)(ii) ("A response to a motion must be filed within 14 days after service of the motion."). Having considered the Motion, the court finds that Plaintiff has established excusable neglect for the delay and good cause for an extension. Accordingly, the court hereby GRANTS the Motion. Plaintiff's response (ECF 44) filed on April 16, 2024 is considered timely.

    DATED this 25 April 2024.

                                                                  */s/ Cecilia M. Romero*
                                                              Magistrate Judge Cecilia M. Romero
                                                              United States District Court for the District of Utah