AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23CV00733-CMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for Vani Kola
was received by me on 4/25/2024:

[X] I personally served the summons on the individual at 439 Lagunita Drive, Stanford, CA 94305-8128 on 4/26/2024 at 5:30 PM; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ] I returned the summons unexecuted because ; or

[ ] Other *(specify)*

My fees are $ 0 for travel and $ 100.00 for services, for a total of $ 100.00.

I declare under penalty of perjury that this information is true.

Date: 4/27/2023

*Server's signature*

Juifeng Lee
*Printed name and title*

440 Adobe Place
Palo Alto, CA 94306-4501

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to Vani Kola with identity confirmed by subject turning to face me when named. I identified the documents as court papers. The individual accepted the documents with direct delivery; not taking the documents from my hand but picking them up when placed on the ground in front of her. The individual appeared to be a black-haired Indian female 70-75 years of age, 5'0"-5'6" tall and weighing 100-120 lbs wearing jeans and a blue shirt with a white pattern.

## Certificate of Service

I certify that Plaintiff Allan Miller:

1. has registered for Email Filing and Electronic Notification pursuant to DUCivR 5-1(b)(1)(A);

2. has verified that the above document meets the requirements outlined in DUCivR 5-1(b)(1)(A);

3. has filed this document electronically through email to utdecf_clerk@utd.uscourts.gov; and

4. has served all non-ECF parties by an acceptable means pursuant to DUCivR 5-1(b)(1)(A)(ii)(g).

Accordingly, the document will be served upon all ECF parties through the Court's ECF system.


Date: _____April 28, 2024_____      Signature: _____/s/ Allan A. Miller_____

                                             Printed name: _____Allan A. Miller_____