**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ALLAN MILLER,<br><br>        Plaintiff,<br><br>v.<br><br>HFN, INC., a Delaware Corporation, d/b/a NANOHEAL BY HFN INC., KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company, SRIDHAR SANTHANAM, KUMAR SHIRALAGI, PAVAN VAISH, and VANI KOLA,<br><br>        Defendants. | **ORDER GRANTING MOTION BY PLAINTIFF ALLAN MILLER FOR IN-PERSON ORAL ARGUMENT ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Case No. 2:23-CV-00733-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Before the Court is a Motion ("Motion") by Plaintiff Allan Miller ("Plaintiff") for in-person oral argument on at least the Motion to Dismiss for defendant HFN, Inc. and the Motion to Dismiss for defendant Kumar Shiralagi. The Plaintiff has demonstrated good cause for in-person oral argument pursuant to DUCivR 7-1(g).

Having considered the Motion and for good cause appearing, the Court GRANTS the Motion and ORDERS as follows:

- Oral argument for motions before the Court in the above mentioned case will be conducted in this Court in room _____ on _____, 2024 at _____.

SO ORDERED this _____ day of _____, 2024.

BY THE COURT:

_____
Cecilia M. Romero
United States Magistrate Judge

## Certificate of Service

I certify that Plaintiff Allan Miller:

1. has registered for Email Filing and Electronic Notification pursuant to DUCivR 5-1(b)(1)(A);

2. has verified that the above document meets the requirements outlined in DUCivR 5-1(b)(1)(A);

3. has filed this document electronically through email to utdecf_clerk@utd.uscourts.gov; and

4. has served all non-ECF parties by an acceptable means pursuant to DUCivR 5-1(b)(1)(A)(ii)(g).

Accordingly, the document will be served upon all ECF parties through the Court's ECF system.


Date: _____May 21, 2024_____     Signature: _____/s/ Allan A. Miller_____

                                                                        Printed name: _____Allan A. Miller_____