Anthony C. Kaye (Utah SBN 8611)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6128
Email: Tony.Kaye@troutman.com

*Specially Appearing Attorneys for Defendants*
*Kalaari Capital Advisors Private Limited,*
*Sridhar Santhanam, Pavan Vaish, and Vani Kola*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLAN MILLER,<br><br>        Plaintiff,<br><br>vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>        Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL AND REMOVAL FROM ECF NOTICES**<br><br>Case No. 2:23-cv-00733-CMR<br><br>Magistrate Judge Cecilia M. Romero |

**PLEASE TAKE NOTICE** that Anthony C. Kaye, hereby withdraws as counsel for Defendants in the above-captioned case and should be removed from the electronic filing service list.

Nathan Marigoni of Troutman Pepper Hamilton Sanders LLP will continue to represent Defendants and requests that all future notices, pleadings, filings, etc. be directed to him through the Court's electronic filing notice system.

Dated:  May 24, 2024 **TROUTMAN PEPPER HAMILTON SANDERS LLP**

/s/Anthony C. Kaye
ANTHONY C. KAYE, FBN: 8611
875 Third Avenue
New York, New York 10022
Telephone: 212.704.6128
Facsimile: 212.704.6288
*Tony.kaye@troutman.com*)
*Specially Appearing Attorneys for Defendants Kalaari Capital Advisors Private Limited, Sridhar Santhanam, Pavan Vaish, and Vani Kola*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2024, I caused a copy of the foregoing Notice of Withdrawal of Counsel and Removal of ECF Notices and this Certificate of Service to be electronically filed with the U.S. Summit County District Court, State of Utah, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

*/s/ Anthony C. Kaye*
ANTHONY C. KAYE, FBN: 8611