# THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| ALLAN MILLER,<br><br>　　　　Plaintiff,<br>v.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>　　　　Defendants. | CLERK'S ORDER DENYING MOTION FOR DEFAULT<br><br>Case No. 2:23-cv-00733-CMR<br><br>Magistrate Judge Cecilia M. Romero |

　　This matter came before the Clerk of Court on Plaintiff's Motion for Entry of Default against Defendant Pavan Vaish (Vaish) under Fed. R. Civ. P. 55 and DUCivR 55-1. (ECF No. 53.) Approximately two months before Plaintiff filed the motion, Vaish, along with other defendants, moved for an extension of time to file an answer or otherwise defend against this action. (ECF No. 37.) In the motion, Vaish contests whether service of process has been properly effectuated.

　　In turn, it would be premature for the Clerk of Court to address service, at this juncture, with Vaish's motion pending. Accordingly, Plaintiff's motion is hereby DENIED.

　　Dated this 28th day of May, 2024.

　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　By: _____