FILED
2024 JUN 10
CLERK
U.S. DISTRICT COURT

Allan Miller
3385 Claudia Drive
Concord, CA  94519
650-468-7387
allan.miller@alumni.stanford.edu
Pro Se Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| ALLAN MILLER<br><br>        Plaintiff,<br><br>   vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.,<br>KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company,<br>SRIDHAR SANTHANAM,<br>KUMAR SHIRALAGI, PAVAN VAISH, and VANI KOLA<br><br>Defendants. | Case Number: 2:23-cv-00733-CMR<br><br><br>**RESPONSE IN PARTIAL OPPOSITION TO VANI KOLA'S MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

## SUMMARY

Defendant Vani Kola ("Defendant") has moved ("Motion") to extend time to respond to the First Amended Complaint ("FAC") until 21 days after the Court rules on the pending Motions to Dismiss ("MTDs") filed by HFN, Inc. and Kumar Shiralagi. The Plaintiff agrees to the extension of time, but respectfully requests that the Court extend to a date certain independent of the ruling on the MTDs.

## THERE IS NOW A DEADLINE TO EXTEND

The Defendant incorrectly conflates this Motion with a previous motion to extend time to respond (Dkt. 37). As the Plaintiff has previously described, the Defendant had not yet been served at that time, so there was no deadline to extend. Now that the Defendant has been properly served, there is a deadline to extend.

The Plaintiff has maintained a friendly and professional relationship with the Defendant's counsel and has no objection to extending the time to respond to the FAC to any reasonable time needed by counsel.

## THE EXTENSION IS INDEPENDENT OF OTHER DEFENDANTS' MOTIONS

The Defendant argues that the Plaintiff is likely to seek a default judgment against her in the same manner as defendant Pavan Vaish ("Vaish"). The motion for a default judgment against Vaish[1] was based on his refusal to accept service from the Indian government. Since the Defendant has been properly served, evading the Hague service is not a cause for a default judgment against her.

The Defendant argues that there is substantial overlap between the arguments in the pending MTDs and the arguments the Defendant would raise. The Defendant's role in the case is different from at least some of the other defendants in ways that the FAC makes clear, and the

---

[1] which was denied by the Clerk based on circumstances that do not appear to be in evidence in the docket

Plaintiff disagrees with the characterization that "the FAC asserts virtually identical claims …
against all of the named defendants."

Dkt. 37 argues that a dismissal of the case against HFN, Inc. or Kumar Shiralagi is likely
to result in a dismissal against the Defendant as well, and bases this rather presumptuous
prognostication of the Court's actions on the outcome of the previous litigation in the Northern
District of California. However, the dismissal in that Court was without prejudice and was based
on jurisdictional issues, which are not a defense in the current MTDs.

<strong>CONCLUSION</strong>

The Plaintiff agrees with the Defendant's request for an extension of time to respond to the
FAC, now that the Defendant has been served, but respectfully suggests that the Court deny the
Motion with leave to amend it to extend the time to a date certain.

Date: _____June 10, 2024_____   By: _____/s/ Allan A. Miller _____ ___
                                              Allan Miller
                                              Plaintiff (Pro se)

<u>Certificate of Service</u>

I certify that Plaintiff Allan Miller:

1. has registered for Email Filing and Electronic Notification pursuant to DUCivR 5-1(b)(1)(A);

2. has verified that the above document meets the requirements outlined in DUCivR 5-1(b)(1)(A);

3. has filed this document electronically through email to utdecf_clerk@utd.uscourts.gov; and

4. has served all non-ECF parties by an acceptable means pursuant to DUCivR 5-1(b)(1)(A)(ii)(g).

Accordingly, the document will be served upon all ECF parties through the Court's ECF system.


Date:   <u>June 10, 2024</u>          Signature:   <u>/s/ Allan A. Miller</u>

                                      Printed name:   <u>Allan A. Miller</u>