# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLAN MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>HFN, INC., KALAARI CAPITAL ADVISORS PRIVATE LIMITED, SRIDHAR SANTHANAM, KUMAR SHIRALAGI, PAVAN VAISH, and VANI KOLA,<br><br>    Defendant. | Case No. 2:23-cv-00733-CMR<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Magistrate Judge Cecilia M. Romero |

IT IS ORDERED AND ADJUDGED

That Defendant HFN, Inc.'s Motion to Dismiss and Defendant Kumar Shiralagi's Motion to Dismiss are GRANTED, and Judgment is entered in favor of Defendants and against Plaintiff.

DATED this 26 September 2024.

_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah